Resuelto en abril 24, 1914. Desestimada la apelación por no haberse dictado la resolución que se dice apelada. Abogado de los apelados:_Sr. Herminio Díaz Navarro. Abogado de los apelantes: Sres. Guerra & Guerra.

———

No. 1142. GÁMBARO ET AL., DEMANDANTES Y APELADOS, v. ESCOBAR, DEMANDADO Y APELANTE.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en caso de reivindicación de propiedad y otros extremos. Moción de la parte apelada para que se desestime la apelación. Resuelto en abril 24, 1914. Desestimada la apelación por no haberse radicado la transcripción de autos. Abogado de los apelados: Sr. Herminio Díaz Navarro. Abogados del apelante: Sres. Guerra & Guerra.

———

No. 1123. MATOS, DEMANDANTE Y APELANTE, v. AMERICAN RAILROAD COMPANY OF PORTO RICO, DEMANDADA Y APELADA.— Apelación procedente de la Corte de Distrito de Aguadilla en un caso sobre daños y perjuicios. Moción de la parte apelada para que se desestime la apelación. Resuelto en abril 29, 1914. Desestimada la apelación por no haberse radicado el alegato de la parte apelante. Abogado del apelante: Sr. Herminio Díaz Navarro. Abogado de la apelada: Sr. F. G. Pérez Almiroty.

———

No. 1125. FAJARDO SUGAR COMPANY, DEMANDANTE, APELANTE Y APELADA, v. VEVE, DEMANDADA, APELADA Y APELANTE.— Apelación procedente de la Corte de Distrito de Humacao en un caso sobre indemnización de daños y perjuicios. Moción de ambas partes desistiendo de sus apelaciones respectivas. Resuelto en mayo 4, 1914. Se tiene por desistidas a ambas partes. Abogado de la demandante: Sr. Luis Muñoz Morales. Abogado de la demandada: Sr. José de Guzmán Benítez.